UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )
                                       )    CASE NO. *OT-236-M*
      vs.                              )
                                       )
   *Christopher Ewell*                 )
                                       )
            Defendant.                 )

## O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **27th** day of **NOVEMBER, 2007,**

ORDERED that **Edson A. Bostic, Esq.,** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.



**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE   19801
    (302) 573-6010

    Defendant
    United States Attorney

FILED

NOV 27 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE