Gov't Exh. in open court on 11/27/07
(RPG)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07-236-M |
| CHRISTOPHER EWELL, | ) |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    \_\_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_\_ Maximum sentence life imprisonment or death

    \_\_\_ 10+ year drug offense

    \_\_\_ Felony, with two prior convictions in above categories

    \_\_\_ Minor victim

    _X_ Possession/ use of firearm, destructive device or other dangerous weapon

    \_\_\_ Failure to register under 18 U.S.C. § 2250

    _X_ Serious risk defendant will flee

    \_\_\_ Serious risk obstruction of justice

FILED
NOV 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_ Defendant's appearance as required

    _X_ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

   \_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

   \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   \_\_\_ At first appearance

   _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

   1. At the time the offense was committed the defendant was:

      \_\_\_ (a) on release pending trial for a felony;

      \_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

      \_\_\_ (c) on probation or parole for an offense.

   \_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

   \_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __27th__ day of __November__, 2007.

                        Respectfully submitted,

                        COLM F. CONNOLLY
                        United States Attorney

BY: _____
        Shawn A. Weede
        Assistant United States Attorney