**REDACTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**REDACTED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 07- *169* |
| | ) |
| CHRISTOPHER EWELL, | ) |
| | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about November 26, 2007, in the State and District of Delaware, CHRISTOPHER EWELL, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Raven Arms .25 caliber handgun, serial number 1664855, after having been convicted on or about October 27, 2004, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of and for the County of New Castle in the State of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the

following: a Raven Arms .25 caliber handgun, serial number 1664855 and any the ammunition constrained within.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
Martin C. Meltzer
Special Assistant United States Attorney

Dated: December 13, 2007

2