UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>CHRISTOPHER EWELL<br><br>         Defendant. | )<br>)<br>)<br>)<br>) CASE NO. CR07-169-SLR<br>)<br>)<br>)<br>)<br>) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on 12/20/07 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until January 31, 2008. The time between the date of this order and January 31, 2008 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
DEC 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE