IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff, | )<br>)<br>) |
| v. | ) Criminal Action No. 07-169-SLR<br>) |
| CHRISTOPER EWELL,<br>       Defendant. | )<br>) |

**MOTION TO SET BRIEFING SCHEDULE**

NOW COMES the United States, by and through its undersigned attorneys, and hereby moves to set a briefing schedule as follows.

1. On January 31, 2008, the defendant filed a Motion to Suppress Evidence and Statements.

2. On March 18, 2008, and May 21, 2008, this Court held evidentiary hearings on the motion.

3. The parties have conferred and respectfully request the following briefing schedule:

    Government's Post-Hearing Response due:    June 11, 2008

    Defendant's Brief in Support due:    June 25, 2008

    Government's Reply (if any) due:    July 2, 2008

4. The United States has consulted with defense counsel, who does not oppose this Motion.

WHEREFORE, the United States respectfully request that this Court issue an order setting the above briefing schedule and excluding time under the Speedy Trial Act.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: May 22, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-169-SLR |
| | ) |
| CHRISTOPER EWELL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2008, that the briefing schedule on the defendant's Motion to Suppress Evidence and Statements be as follows:

    Government's Post-Hearing Response due:    June 11, 2008

    Defendant's Brief in Support due:    June 25, 2008

    Government's Reply (if any) due:    July 2, 2008

 

_____
HONORABLE SUE L. ROBINSON
United States District Judge