AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

U.S.A.

V.

Christopher Ewell

**EXHIBIT AND WITNESS LIST**

Case Number: 07-169-SLR

| PRESIDING JUDGE<br>Sue L. Robinson | PLAINTIFF'S ATTORNEY<br>Ilana Eisenstein | DEFENDANT'S ATTORNEY<br>Eleni Kousoulis |
|---|---|---|
| ~~TRIAL~~ DATE (S)<br>Evid Hrg.   3/18/08 | COURT REPORTER<br>V. Gunning | COURTROOM DEPUTY<br>N. Fasano-Newman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/18/08 | | YES | Map of the area of 24th and Madison (Conkey) |
| 2 | | 3/18/08 | | YES | Gun (Conkey) |
| | 1 | 3/18/08 | -- | | Report (Conkey) |
| | 2 | 3/18/08 | | YES | Black jacket (Conkey) |
| 1A | | 5/21/08 | | Yes | Drugs (Conkey) |
| B | | 5/21/08 | | | Transcript (Conkey) |
| | 3 | 5/21/08 | | Yes | Curvm vite (Duerr) |
| | 4 | 5/21/08 | | Yes | Pictures of bags the drugs were taken out of. (Conkey) |
| | 5 | 5/21/08 | | Yes | Picture of coat (Conkey) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _DELAWARE_

U.S.A.

V.

Christopher Ewell

**EXHIBIT AND WITNESS LIST**

Case Number: 07-169SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Ilana Eisenstein | Eleni Kousoulis, Esq. |
| ~~TRIAL~~ Evid. Hrg DATE (S) 3/18/08 | COURT REPORTER V. Gunning | COURTROOM DEPUTY N. Fasano-Newman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 3/18/08 |   | YES | Map (Conkey) |
| 2 |   | 3/18/08 |   | YES | Gun (Conkey) |
|   | 1 | 3/18/08 | -- |   | Report (Conkey) |
|   | 2 | 3/18/08 |   | YES | Black jacket (Conkey) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages