**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-169-SLR |
| | ) |
| CHRISTOPER EWELL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

IT IS HEREBY ORDERED this ___27th___ day of ___May___, 2008, that the briefing

schedule on the defendant's Motion to Suppress Evidence and Statements be as follows:

Government's Post-Hearing Response due:     June 11, 2008

Defendant's Brief in Support due:     June 25, 2008

Government's Reply (if any) due:     July 2, 2008

_____
HONORABLE SUE L. ROBINSON
United States District Judge